| | | |
|---|---|---|
| **MARVIN LLOYD ETHRIDGE** | : | 14TH JUDICIAL DISTRICT COURT |
| VS.  NO. 2020 - 537 DIV ___ | : | PARISH OF CALCASIEU |
| **ROBERT JOHN METRA, FUELLGRAF CHIMNEY & TOWER, INC., AND HARLEYSVILLE INSURANCE COMPANY** | : | STATE OF LOUISIANA |
| FILED: 2-6-2020 | : | _____<br>DEPUTY CLERK |

## PETITION FOR DAMAGES

The petition of **MARVIN LLOYD ETHRIDGE**, a person of the full age of majority, and a resident of the Parish of Calcasieu, State of Louisiana who with respect represent:

1.

Made Defendants herein are:

**ROBERT JOHN METRA,** a person of the age of majority and a resident of the State of Tennessee, who may be served through the Louisiana Long Arm Statute at his residence located at 1066 Forest Heights Road, Knoxville, TN 37919;

**FUELLGRAF CHIMNEY & TOWER, INC.,** a business located in the State of Pennsylvania, who may be served through the Louisiana Long Arm Statute at their place of business located at 1126 New Castle Road, Prospect, PA 16052; and

**HARLEYSVILLE INSURANCE COMPANY,** a foreign insurance company located in the State of Pennsylvania, who may be served through the Louisiana Secretary of State, 8585 Archives Boulevard, Baton Rouge, LA 70809.

2.

On or about May 21, 2019, Petitioner, MARVIN LLOYD ETHRIDGE was operating his 2012 Chevrolet Malibu and was southbound on Ryan Street in the left turning lane and was stopped for a red traffic light and as the light changed to green, suddenly and without warning he was rear-ended by defendant, ROBERT JOHN METRA, who was driving a 2018 Chevy Silverado. ROBERT JOHN METRA was in the course and scope of his employment with FUELLGRAF CHIMNEY AND TOWER, INC.

3.

In no way did Petitioner, MARVIN LLOYD ETHRIDGE contribute to causing this collision.



4.

The collision described above was caused solely and proximately by the recklessness, carelessness, negligence and fault of ROBERT JOHN METRA in violation of Louisiana traffic laws.

5.

At all times pertinent herein, the 2018 Chevy Silverado driven by ROBERT JOHN METRA, and owned by defendant, FUELLGRAF CHIMNEY & TOWER, INC., and was covered by a liability insurance policy which had been issued and delivered by HARLEYSVILLE INSURANCE COMPANY, which policy was in full force and affect and provided coverage for this crash.

6.

Defendants, ROBERT JOHN METRA, FUELLGRAF CHIMNEY & TOWER, INC., and HARLEYSVILLE INSURANCE COMPANY (NOW NATIONWIDE INSURANCE) are therefore liable in solido unto your Petitioner for the damages and losses sustained by Petitioner in said crash.

7.

As a result of this crash, Petitioner, MARVIN LLOYD ETHRIDGE was forced to undergo medical treatment, and has suffered restrictions and limitations upon his activities.

8.

As a result of the collision pled herein, plaintiff has suffered harms and losses, of which have historically been categorized as Special and General Damages under Louisiana law, said Special Damages to include medical bills.

9.

Petitioner herein, MARVIN LLOYD ETHRIDGE is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises, which damages are not less than Fifty Thousand and No/100 ($50,000.00) Dollars.

WHEREFORE, Petitioner, MARVIN LLOYD ETHRIDGE prays that:

I. Defendants be duly cited to appear and answer this petition and they be served with a copy of this petition;

II. After due proceedings had and the lapse of all legal delays, there be judgment herein in favor of Petitioner, MARVIN LLOYD ETHRIDGE, and against the Defendants, ROBERT JOHN METRA, FUELLGRAF CHIMNEY & TOWER, INC., and HARLEYSVILLE INSURANCE COMPANY, herein jointly, individually and in solido, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

III. For all orders and decrees necessary in the premises; and for full, general and equitable relief.

Respectfully submitted,

*Michael Hodgkins*

**MICHAEL G. HODGKINS, BR#20862**
Veron, Bice, Palermo & Wilson, L.L.C.
721 Kirby Street   (70601)
Lake Charles, LA   70602
(337) 310-1600 Fax: (337) 310-1601
Email: mgh@veronbice.com

**SERVICE INSTRUCTIONS:**

**ROBERT JOHN METRA**
through the Louisiana Long Arm Statute
1066 Forest Heights Road
Knoxville, TN  37919

**FUELLGRAF CHIMNEY & TOWER, INC.**
through the Louisiana Long Arm Statute
at their place of business
126 New Castle Road
Prospect, PA  16052

**HARLEYSVILLE INSURANCE COMPANY**
Through the Louisiana Secretary of State
8585 Archives Boulevard
Baton Rouge, LA 70809

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:** MARVIN LLOYD ETHRIDGE : ROBERT JOHN METRA, FUELLGRAF CHIMNEY & TOWER, INC., AND HARLEYSVILLE INS. COMPANY

**Court:** 14th JUDICIAL DISTRICT COURT    **Docket Number:** _____

**Parish of Filing:** Calcasieu    **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** MICHAEL G. HODGKINS, VERON, BICE, PALERMO & WILSON

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1    **Number of named defendants:** 3

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- _x_ Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Legal Malpractice
- __ Other Professional Malpractice
- __ Maritime
- __ Wrongful Death
- __ General Negligence
- __ Auto: Property Damage
- __ Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/Death
- __ Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Toxic Tort
- __ Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)
- _x_ Personal Injuries

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
This is an automobile crash that occurred in Lake Charles, Louisiana on May 21, 2019 involving two automobiles wherein injuries were sustained.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name    **MICHAEL G. HODGKINS**    Signature _[signature]_

Address    **P.O. BOX 2125, LAKE CHARLES, LA 70602**

Phone number    **337-310-1600**    E-mail address    mgh@veronbice.com

FILED 2-6-2020
_[signature]_
Deputy Clerk of Court
Calcasieu Parish, Louisiana